Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
LAFLOR CALVO

## IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| LAFLOR CALVO, | Case No.: 2:19-cv-789 |
| Plaintiff. | **NOTICE OF SETTLEMENT** |
| v. | |
| FLURISH, INC. d/b/a LENDUP, | |
| Defendant. | |

NOW COMES Plaintiff, LAFLOR CALVO through attorneys, WESTGATE LAW and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

Date: April 17, 2019 　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　By:/s/ Matthew A. Rosenthal
　　　　　　　　　　　　　　　　　　Matthew A. Rosenthal
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　LAFLOR CALVO

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System, which provided notice of said filing via e-mail transmission to the following:

　　　　MARK I. WRAIGHT (State Bar No. 228303)
　　　　miw@severson.com
　　　　REBECCA S. SAELAO (State Bar No. 222731)
　　　　rss@severson.com
　　　　SEVERSON & WERSON
　　　　A Professional Corporation
　　　　One Embarcadero Center, Suite 2600
　　　　San Francisco, California 94111
　　　　Telephone: (415) 398-3344
　　　　Facsimile: (415) 956-0439

　　　　COURTNEY C. WENRICK (State Bar No. 286380)
　　　　ccw@severson.com
　　　　SEVERSON & WERSON
　　　　A Professional Corporation
　　　　The Atrium
　　　　19100 Von Karman Avenue, Suite 700
　　　　Irvine, California 92612
　　　　Telephone: (949) 442-7110
　　　　Facsimile: (949) 442-7118

　　　　　　　　　　　　　　　　By:/s/ Matthew A. Rosenthal
　　　　　　　　　　　　　　　　　　Matthew A. Rosenthal