Matthew A Rosenthal, Esq. (SBN 279334)
**WESTGATE LAW**
16444 Paramount Blvd, Suite 205
Paramount, CA 90723
T; (818) 200-1497
F: (818) 869-2208
matt@westgatelaw.com
Attorneys for Plaintiff,
LAFLOR CALVO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LAFLOR CALVO,<br><br>              Plaintiff,<br><br>    vs.<br><br>FLURISH, INC. d/b/a LENDUP,<br><br>              Defendant. | Case No. 2:19-cv-00789-RSWL-GJS<br>Hon. Ronald S.W. Lew<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br><br>Action Filed:  February 1, 2019<br>Trial Date:       None Set |

Plaintiff LAFLOR CALVO ("Plaintiff") and Defendant LendUp Global Inc., dba LendUp, incorrectly sued as "Flurish, Inc. dba LendUp" ("Defendant") hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal of Plaintiff's claims in this action with prejudice, with each party to bear its own fees and costs.

DATED:  May 10, 2019                    WESTGATE LAW

                                        By:    /s/ Matthew A. Rosenthal
                                                  Matthew A. Rosenthal

                                        Attorneys for Plaintiff LAFLOR CALVO

12947.0001/14867857.1

DATED:  May 10, 2019            SEVERSON & WERSON
                                A Professional Corporation

                                By:  */s/ Rebecca S. Saelao*
                                         Rebecca S. Saelao

                                Attorneys for Defendant LendUp Global Inc., dba LendUp, incorrectly sued as "Flurish, Inc. dba LendUp"

### ATTESTATION OF SIGNATURE

I, Matthew A. Rosenthal, am the ECF User whose ID and Password were used to electronically file this document I hereby certify that the content of this document is acceptable to the above signatory, whose authorization I obtained to affix her electronic signature to this document, and she concurs in this filing.

DATED:  May 10, 2019            WESTGATE LAW

                                By:  */s/ Matthew A. Rosenthal*
                                         Matthew A. Rosenthal
                                Attorneys for Plaintiff LAFLOR CALVO