# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LAFLOR CALVO,<br><br>   Plaintiff,<br><br>  vs.<br><br>FLURISH, INC. d/b/a LENDUP,<br><br>   Defendant. | Case No. 2:19-cv-00789-RSWL-GJS<br>Hon. Ronald S.W. Lew<br><br>**[PROPOSED] ORDER OF<br>DISMISSAL WITH PREJUDICE**<br><br><br>Action Filed: February 1, 2019<br>Trial Date:  None Set |

In light of the Parties' Stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court HEREBY DISMISSES this action with prejudice, with each party to bear its own fees and costs.

Dated: ___5/13/2019___

s/ RONALD S.W. LEW
_____
Honorable Ronald S.W. Lew
United States District Court Judge